# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143135

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

BRADLEY DAVID SCHNEIDER,
       Defendant-Appellant.

SC: 143135
COA: 303844
Livingston CC: 11-019765-AL

_____/

On order of the Court, the application for leave to appeal the May 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

t0829